UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. JURGENS, JR., | No. 2:14-cv-02780-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| M. DUBENDORF, et al., | |
| Defendants. | |

On March 23, 2018, the court heard plaintiff's motion for approval of settlement agreement and petition for establishment of a special needs trust. *See* Hearing Mins., ECF No. 72. The court asked if it is required to address plaintiff's $589,554.90 Department of State Hospitals bill before approving establishment of a special needs trust as requested. *See* Lilka B. Martinez Decl., ECF No. 67 (notifying court of plaintiff's patient bill). Plaintiff's counsel was uncertain as to what effect, if any, the hospital bill may have in the instant matter. Counsel noted, however, that Juliette Roberts, the attorney who drafted the proposed special needs trust and provided a declaration in support of plaintiff's petition, had determined the hospital bill did not prevent the court from establishing a special needs trust. The court indicated it would consider the matter, noting it might request additional information regarding the bill and its potential effect.

The court now ORDERS plaintiff to submit by **April 6, 2018**, either (1) a supplemental brief not to exceed five pages that cites to controlling authority and addresses how,

1

if at all, the hospital bill affects the establishment of a special needs trust; or (2) a supplemental declaration from Juliette Roberts or another qualified attorney attesting to the same. Defendants are permitted but not required to file a response of no more than five pages by **April 10, 2018,** after which date the matter will be submitted.

IT IS SO ORDERED.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE